**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
AUG 2 0 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-90-SCM-EBA

**TEYO J. WAITE**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 841(a)(1)**

On or about July 14, 2026, in Fayette County, in the Eastern District of Kentucky,

**TEYO J. WAITE**

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2**
**21 U.S.C. § 841(a)(1)**

On or about July 14, 2026, in Fayette County, in the Eastern District of Kentucky,

**TEYO J. WAITE**

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**18 U.S.C. § 924(c)(1)(A)**

On or about July 14, 2026, in Fayette County, in the Eastern District of Kentucky,

**TEYO J. WAITE**

did knowingly possess a firearm, that is, a Glock, Model 21, .45 caliber pistol bearing serial number WCZ603, in furtherance of drug trafficking crimes, as charged in Counts 1 and 2 of this Indictment, for which he may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offenses alleged in Counts 1 and 2 of the Indictment, **TEYO J. WAITE** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **TEYO J. WAITE** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense alleged in Count 3 of the Indictment, **TEYO J. WAITE** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 924. Any and all interest that **TEYO J. WAITE** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
a. $4,485.00 in U.S. Currency.

**FIREARMS AND AMMUNITION:**
a. Glock, Model 21, .45 caliber pistol bearing serial number WCZ603; and
b. Assorted ammunition.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

[redacted]

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**AMANDA P. MORGAN**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

| | |
|---|---|
| **COUNT 1:** | Not less than 10 years imprisonment and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release. |
| **COUNT 2:** | Not less than 5 years imprisonment and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release. |
| **COUNT 3:** | Not less than 5 years imprisonment and not more than life imprisonment, consecutive to any other sentence, not more than a $250,000 fine, and not more than 5 years of supervised release. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable. |